IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM THOMAS COATS,

        Plaintiff,                   No. 2:10-cv-0412 JFM (PC)

    vs.

HIGH DESERT STATE PRISON,
et al.,

        Defendants.              <u>ORDER</u>

        Plaintiff has consented to proceed before the undersigned for all purposes. <u>See</u> 28 U.S.C. § 636(c); Consent filed March 1, 2010. By order filed March 9, 2010, plaintiff's in forma pauperis application was dismissed with thirty days leave to file an amended in forma pauperis application. Plaintiff was cautioned that failure to do so could result in the dismissal of this action without prejudice. The thirty day period has now expired, and plaintiff has not filed a new in forma pauperis application or responded in any way to the court's order.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: April 22, 2010.

UNITED STATES MAGISTRATE JUDGE

/12;coat0412.fifp