IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM THOMAS COATS,

        Plaintiff,                  No. 2:10-cv-0412 JFM (PC)

    vs.

HIGH DESERT STATE PRISON, et al.,

        Defendants.          <u>ORDER</u>

        /

        Plaintiff is a state prisoner proceeding pro se in this civil rights action for relief pursuant to 42 U.S.C. § 1983. On September 10, 2010 and September 23, 2010, plaintiff filed documents styled as objections to defendants' separately filed answers to the complaint. Rule 7 of the Federal Rules of Civil Procedure provides as follows:

> There shall be a complaint and an answer; a reply to a counterclaim denominated as such; an answer to a cross-claim, if the answer contains a cross-claim; a third-party complaint, if a person who was not an original party is summoned under the provisions of Rule 14; and a third-party answer, if a third-party complaint is served. <u>No other pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer</u>.

Fed. R. Civ. P. 7(a) (emphasis added). The court has not ordered plaintiff to reply to defendants' answers and declines to make such an order.

/////

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's September 10, 2010 and
2  September 23, 2010 objections to the answers filed in this action are disregarded.
3  DATED: October 1, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

12
coat0412.77e